nia, and the National Paint, Varnish and Lacquer Association, Inc., as *amici curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Arthur P. Shapro* for petitioners. *Max H. Margolis* for respondent.

No. 395. GRUBBS *v.* FARNSLEY ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Marshall P. Eldred, Blakey Helm* and *J. Dudley Inman* for Farnsley et al., and *Wilson W. Wyatt* for Bingham et al., respondents.

No. 388. BATTLE *v.* ESTATE OF GALLAGHER ET AL. Court of Appeals of Maryland. Certiorari denied. *H. Richard Smalkin* and *Max R. Israelson* for petitioner. *Paul F. Due* for respondents.

No. 394. KENNY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Isadore Glauberman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 381. BAKER ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Francis M. Shea* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 324. TAYLOR *v.* CITY OF PINE BLUFF. Supreme Court of Arkansas. Certiorari denied. *Kenneth Coffelt* for petitioner. *Jay W. Dickey* for respondent.